JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKA SENEGAL MUHAMMAD, | Case No. 2:18-09359 VAP (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| C. KOENIG, Warden | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Second or Successive Federal Habeas Petition and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:   March 27, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
Chief United States District Judge